NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000503**
**14-MAY-2012**
**09:08 AM**

NO. CAAP-11-0000503

IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAI'I

GENEVIEVE CHANEL BRUFF, Plaintiff-Appellee, v.
CHRISTOPHER JAMES BRUFF, Defendant-Appelant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DIVORCE NO. 09-1-2791)

ORDER OF CORRECTION
(By:  Foley, Presiding Judge for the court[1])

The Summary Disposition Order, filed May 9, 2012, is hereby corrected as follows:  the portion of the caption that reads "APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT" shall read "APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, May 14, 2012.

FOR THE COURT:

Presiding Judge

---

[1] Foley, Presiding Judge, Leonard and Ginoza, JJ.